UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUGUST MACK ENVIRONMENTAL, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> STEVEN TRESCHOW, <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) )  CAUSE NO. 1:23-cv-01054-JRS-MKK |

## ORDER GRANTING
## STIPULATION OF DISMISSAL WITH PREJUDICE

This Court, having considered the Stipulation of Dismissal with Prejudice filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby ORDERS that this action be DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Date: 1/18/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All counsel of record via CM/ECF

STEVEN TRESCHOW
145 Mulligan Drive
Hollidaysburg, PA 16648